39-2017

# COMPLAINT EX. B

| Doe | IP | Infringement UTC | File Hash | ISP | State |
|---|---|---|---|---|---|
| 1 | 73.98.162.57 | 2016-12-19 07:57:19 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 2 | 97.126.198.67 | 2016-12-19 07:32:31 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 3 | 73.20.53.5 | 2016-12-19 02:38:59 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 4 | 67.163.71.117 | 2016-12-18 23:40:45 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 5 | 97.117.112.106 | 2016-12-18 07:11:09 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 6 | 174.52.142.26 | 2016-12-18 06:17:04 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 7 | 67.182.243.69 | 2016-12-18 05:34:26 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 8 | 76.27.65.43 | 2016-12-18 05:28:27 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 9 | 75.162.87.178 | 2016-12-17 16:56:52 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 10 | 70.57.81.244 | 2016-12-17 05:11:27 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 11 | 67.182.233.139 | 2016-12-16 23:13:19 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 12 | 67.177.12.184 | 2016-12-16 22:25:34 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 13 | 174.52.138.252 | 2016-12-16 03:49:35 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 14 | 75.162.182.144 | 2016-12-16 02:00:06 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 15 | 75.169.18.32 | 2016-12-15 05:23:40 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 16 | 75.162.118.101 | 2016-12-14 03:49:15 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 17 | 71.219.39.251 | 2016-12-13 11:53:44 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 18 | 71.199.28.37 | 2016-12-13 02:12:04 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 19 | 67.182.240.48 | 2016-12-13 00:50:20 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 20 | 24.11.85.63 | 2016-12-12 00:18:44 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 21 | 24.10.136.170 | 2016-12-11 18:58:20 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 22 | 71.37.78.12 | 2016-12-11 15:27:35 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |
| 23 | 71.195.220.133 | 2016-12-11 09:39:52 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 24 | 24.11.104.120 | 2016-12-11 01:10:20 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah |
| 25 | 70.58.106.171 | 2016-12-10 07:28:48 | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | CenturyLink | Utah |